STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

NOT DESIGNATED FOR PUBLICATION

Cory Paul Roy
Attorney at Law
P. O. Box 544
Marksville LA 71351

REHEARING ACTION: April 29, 2009

**Docket Number: 08   01161-CW**

**WILSON CHASE LONG**
**VERSUS**
**AMY LAZARUS**

**Writ Application from Avoyelles Parish Case No. 2007-1096 H**

**BEFORE JUDGES:**

  **Hon. John D. Saunders**
  **Hon. Jimmie C. Peters**
  **Hon. Marc T. Amy**
  **Hon. James T. Genovese**
  **Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Wilson Chase Long** has this day been

  **DENIED.**
  Saunders, J., would grant.

cc: Philip Allan LeTard, Counsel for the Applicant